UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSHUA LEGISTER,

Plaintiff,

v.                                                    Case No. 22-cv-1416-bhl

NICHOLAS SCHLEI, et al.,

Defendants.

## DECISION AND ORDER

Plaintiff Joshua Legister is incarcerated at the Redgranite Correctional Institution and representing himself in this 42 U.S.C. §1983 case. On May 3, 2023, the Court screened the amended complaint and allowed Legister to proceed on claims against Nicholas Schlei and two John Doe Defendants. Dkt. No. 15. On June 29, 2023, the Court ordered Legister to identify the names of the Doe Defendants by September 29, 2023. Dkt. No. 21. The Court warned Legister that failure to do so may result in the Court dismissing his claims against the Doe Defendants. Legister did not comply with the Court's order, so on October 4, 2023, the Court warned Legister that if he did not identify the Doe Defendants or explain why he was unable to do so by October 18, 2023, the Court would dismiss his claims against the Doe Defendants based on his failure to comply with the Court's order. Dkt. No. 22.

The extended deadline has passed, and Legister neither identified the Doe Defendants nor explained why he was unable to do so. Accordingly, the Court will dismiss Legister's claims against the Doe Defendants based on his failure to comply with the Court's order to identify the Doe Defendants by October 18, 2023. *See Gonzalez v. Wexford Health Sources, Inc.*, No. 19-

2951, 2022 WL 1538400, at *2 (7th Cir. May 16, 2022) (holding that the district court "acted well within its discretion to dismiss the unidentified defendants" after the plaintiff failed to identify them by the deadline).

**IT IS THEREFORE ORDERED** that Legister's claims against John Doe #1 and John Doe #2 are **DISMISSED** based on Legister's failure to comply with the Court's order to identify the Doe Defendants by October 18, 2023.

Dated at Milwaukee, Wisconsin on October 24, 2023.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge